**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-60242-CV-MIDDLEBROOKS

HURIYAT MAMAJONOVA,

      Petitioner,

v.

GARRET RIPA, *et al.*,

      Respondents.

_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court on the *pro se* "Expedited Motion for Summary Judgment or Evidentiary Hearing" ("Expedited MSJ") filed by Petitioner Huriyat Mamajonova ("Petitioner") in this federal habeas corpus proceeding brought pursuant to 28 U.S.C. § 2241.  (DE 16).  Petitioner seeks an expedited Order from this Court arguing she is entitled to summary judgment as a matter of law and release from detention.  (*Id.* at 2–14)  The Parties are advised this Court intends to resolve the Expedited Motion as soon as practicable.   Accordingly, it is

**ORDERED** that on or before **April 21, 2025**, Respondent shall file a response to the Expedited MSJ, paying particular attention to arguments made by Petitioner, as set forth in her "Motion to Terminate Removal Proceedings" ("MTT") filed in her removal proceedings and attached as an exhibit to the MSJ.  (*Id.* at 14).  Respondent shall insure that the merits of the arguments raised by Petitioner in the Expedited MSJ are fully addressed in its response.

**SIGNED** in Chambers at West Palm Beach, Florida, this 17th day of April, 2025.

                                                                 
                                              Donald M. Middlebrooks
                                              United States District Judge

**Copies furnished to:**

**Alexey Samokhin,** *Pro Se*
Alien # 231-958-681
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

Mary Beth Ricke, AUSA
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Email: Mary.Ricke@usdoj.gov