**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-60242-CV-MIDDLEBROOKS

HURIYAT MAMAJONOVA,

      Petitioner,

v.

GARRET RIPA, *et al.*,

      Respondents.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the *pro se* second "Expedited Emergency Motion for Summary Judgment or Evidentiary Hearing" ("Second Expedited MSJ") filed by Petitioner Huriyat Mamajonova ("Petitioner") in this federal habeas corpus proceeding brought pursuant to 28 U.S.C. § 2241 and docketed by the Clerk on April 17, 2025.  (DE 18).  Petitioner seeks an expedited Order from this Court arguing she is entitled to summary judgment as a matter of law and release from detention.  (*Id.* at 2–18)  The Parties are advised this Court intends to resolve the Expedited Motion as soon as practicable.   Accordingly, it is

**ORDERED** that on or before **April 21, 2025**, Respondent shall file a response to the First (DE 16) and Second (DE 18) Expedited MSJs, paying particular attention to arguments made by Petitioner, as set forth in her "Motion to Terminate Removal Proceedings" ("MTT") filed in her removal proceedings.  Respondent shall insure that the merits of the arguments raised by Petitioner in the First and Second Expedited MSJ are fully addressed in its response.

      **SIGNED** in Chambers at West Palm Beach, Florida, this 18th day of April, 2025.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Huriyat Mamajonova,** *Pro Se*
Alien #A-240388751
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

**Brett Geiger, AUSA**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL   33132
Email:   Brett.Geiger@usdoj.gov