**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-60242-CV-MIDDLEBROOKS

HURIYAT MAMAJONOVA,

     Petitioner,

v.

GARRETT RIPA,
ICE MIAMI FIELD OFFICE DIRECTOR,

     Respondent.

_____/

### SUPPLEMENTAL ORDER TO SHOW CAUSE-28 U.S.C. § 2241

**THIS MATTER** is before the Court on the *pro se* Petition for Writ Habeas Corpus ("Petition") brought pursuant to 28 U.S.C. § 2241 by Petitioner Huriyat Mamajonova ("Petitioner") while confined at the Broward County Transitional Center (the "Center"). (DE 1). In the Petition, Petitioner raises numerous constitutional challenges to her arrest by immigration officials, and requests that the Court enter an Order directing her immediate release from custody. (*Id.* at 8). Respondent has filed a response (DE 12) to Petitioner's claims, arguing that the Petition should be "denied in it is entirety." (*Id.* at 16). Before reviewing the merits of Petitioner's claims, Petitioner filed two motions for summary judgment. (DE 16; DE 18). On April 21, 2025, the Respondent filed a combined response to the two motions for summary judgment. (DE 21). Current review of the U.S. Immigration and Customs Enforcement, Online Detainee Locator System, reveals they do not have any current detainee in custody with Petitioner's name or alien number. Accordingly, after review of the record, it is

**ORDERED** as follows:

1.    On or before **Monday, April 28, 2025**, Respondent shall file a supplemental response to show cause why this Petition should not be granted; specifically indicating whether

Petitioner remains at the Broward Center, has been released from immigration custody, or deported to Uzbekistan, and if so, when.   Respondent shall file the supplemental response and any supporting appendix simultaneously, but if unable to do so, then Respondent shall file a motion for extension of time setting forth good cause supported by a detailed explanation of the specific facts giving rise to the need for additional time.

3.     **Respondent is reminded that it must provide Petitioner full and complete copies of all documents filed in support of its Response or Answer.** *See* Fed. R. Civ. P. 10(c) ("A copy of a written instrument that is an exhibit to a pleading is part of a pleading for all purposes"); *Rodriguez v. Fla. Dep't of Corr.*, 748 F.3d 1073 (11th Cir. 2014) ("all documents referenced in the State's answer and filed with the Court must be served on the habeas petitioner.").

**SIGNED** in Chambers at West Palm Beach, Florida on this 24th day of April, 2025.

Donald M. Middlebrooks
United States District Judge

**Copies furnished to:**

**Huriyat Mamajonova,** *Pro Se*
A# A-240388751
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL   33073

**Brett Geiger, AUSA**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL   33132
Email:   Brett.Geiger@usdoj.gov